UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
EMET INVESTMENTS, LLC

                     Plaintiff,

  -against-

NATIONS ACADEMY LLC, et al.,

                    Defendants.
-------------------------------------------------------------- X

**SUMMARY ORDER**
**DISMISSING CASE**

10 Civ. 6287 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On April 2, 2012, I heard oral argument in the above-captioned matter. For the reasons stated on the record, all 14 claims are dismissed. Claims 1 and 2 are dismissed because Plaintiff settled and precluded the claims. With the dismissal of these two federal claims—the only federal claims in the case—the Court no longer has supplemental jurisdiction over the remaining claims. 28 U.S.C. § 1367(c)(3). In addition, diversity of citizenship to support such claims was not shown. Therefore, the remaining claims are dismissed as well.

      The clerk shall close the case.

      SO ORDERED.

Dated:    April 3, 2012
           New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge